UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSICA JO TAHTARAS,
Plaintiff.

v.

THE HOME DEPOT, INC., et al.,
Defendants.

Case No. 26-cv-07814-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, the Court scheduled a case management conference to occur on October 28, 2026 in the above-entitled case. Plaintiff was not present. IT IS HEREBY ORDERED that Plaintiff appear on **December 2, 2026, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, by Zoom (Webinar id. 161 926 0804, password 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference, failure to prosecute, and failure to comply with the Court's Order of July 29, 2026. A case management conference is also scheduled for **December 2, 2026**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: October 28, 2026

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California